## CITY OF PHILADELPHIA

v.

### Charmaine PRATER and c/o Ella Massard Prater, an Incapacitated Person

**Petition of: Charmaine Prater**

**No. 54 EM 2017**

Supreme Court of Pennsylvania.

June 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this 7th day of June, 2017, the "Petition of Allowance to Nun [sic] Pro Tunc Reinstate" is **DENIED.**

### Thais SERRANO, Respondent

v.

### Charmaine PRATER, Petitioner

**No. 52 EM 2017**

Supreme Court of Pennsylvania.

June 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this 7th day of June, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

## COMMONWEALTH of Pennsylvania, Respondent

v.

### William F. COLON, Petitioner

**No. 39 EAL 2017**

Supreme Court of Pennsylvania.

June 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this 7th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

### T.S.C., Respondent

v.

### J.T., Petitioner

**No. 169 WAL 2017**

Supreme Court of Pennsylvania.

June 9, 2017

### ORDER

PER CURIAM

**AND NOW,** this 9th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**